ACCEPTED
14-14-00818-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/18/2015 2:49:45 PM
CHRISTOPHER PRINE
CLERK



# CITY OF HOUSTON

Legal Department

**Annise D. Parker**

Mayor



Donna L. Edmundson
City Attorney
P.O. Box 368
Houston, Texas 77001-0368

City Hall Annex
900 Bagby, 4th Floor
Houston, Texas 77002

832.393.6491 - Telephone
832.393.6259 - Facsimile
www.houstontx.gov

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
5/18/2015 2:49:45 PM
CHRISTOPHER A. PRINE
Clerk

May 18, 2015

*Via E-Filing*

Hon. Christopher A. Prine
Clerk of the Court
Fourteenth Court of Appeals
301 Fannin
Houston, TX 77002

Re:   No. 14-14-00818-CV; *City of Houston v. Kelley Street Associates, LLC*; in
       the Court of Appeals for the Fourteenth District of Texas at Houston

Dear Mr. Prine:

The undersigned will present oral argument for the City of Houston in this case, which is scheduled for argument before the Fourteenth Court of Appeals on May 20, 2015, at 2:00 pm.

Sincerely,

*/s/ Robert W. Higgason*

Robert W. Higgason
Senior Assistant City Attorney
832.393.6481
robert.higgason@houstontx.gov

cc:   H. Miles Cohn

Council Members:  Brenda Stardig   Jerry Davis   Ellen R. Cohen   Dwight A. Boykins   Dave Martin   Richard Nguyen   Oliver Pennington   Edward Gonzalez
Robert Gallegos   Mike Laster   Larry V. Green   Stephen C. Costello   David W. Robinson   Michael Kubosh   C.O. "Brad" Bradford   Jack Christie

Controller:  Ronald C. Green